UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Docket No.: 20-cr-10197-LTS |
| | ) | |
| | ) | |
| SAMAEL MATHIEU | ) | |

## MOTION TO WITHDRAW

Undersigned counsel hereby moves to withdraw as counsel for the defendant in the above-captioned matter. As grounds therefor, the defendant has retained Attorney Bryan P. Owens to represent him.

Respectfully submitted,

*/s/ Joshua R. Hanye*
Joshua R. Hanye
 B.B.O. #661686
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 12, 2020.

 */s/ Joshua R. Hanye*
Joshua R. Hanye